UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ARINDAM KAR, et al., | ) |
| | ) |
|    Plaintiff(s), | ) |
| | ) |
| v. | )  No. 4:23-CV-00207-HEA |
| | ) |
| SAFECO INSURANCE COMPANY OF AMERICA, et al., | ) |
| | ) |
|    Defendant(s). | ) |

## JUDGMENT IN A CIVIL CASE

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case.

☐ **Decision by Verdict.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS HEREBY ORDERED AND ADJUDGED** that the Verdict is in favor of Plaintiffs and damages are assessed in the amount of $1,028,800.00.

October 28, 2025                        *Nathan M. Graves*           /
Date                                        Clerk of Court

                                          By:  /s/ Chelsea Hutson         /
                                                     CHELSEA HUTSON
                                                     Deputy Clerk